United States District Court
For the
District of Massachusetts

Michael P. Castellucci "Pro se"                Case No. _____

-V-                                            Jury trial ☒ Yes ☐ No

Boston Police Commisioner

Complaint for A Civil Case

1. The Parties to this Complaint
   A. The Plaintiff(s)
      Name: Michael P. Castellucci "Pro se"
      Address: 226 Ash St
      City And County: New Bedford, Bristol
      State And Zipcode: Massachusetts, 02740
      Telephone Number: NA Due to Incarceration
      Email Address: NA

   B. The Defendent(s)
      Defendent #1
      No. ① Name: William Gross
            Job: Boston Police Commisioner
            Street Address: 1 Shroeder Plaza,
            City And County: Boston, Suffolk
            State And Zipcode: Massachusetts,
            Telephone Number: Unkwon
            Email Address:

## COMPLAINT

1. Plaintiff ~~Defendant~~ Michael P. Castellucci, 226 Ash St, New Bedford, Ma, 02740

2. Defendent, Boston Police Commisioner William Gross 1 Shroeder Plaza, Boston, Mass, 02201

2.) Defendent, Kim Janey ETL 1City Hall Square, Boston, Mass, 02201

3. Not A U.S. government As A Party

### Facts

4. On July 29th, 2019, while walking down the street. Boston Police began pursuing me. After 2 minutes. 3 unknown to me, Boston Police officers tackled me, assaulted, punched kicked And hit me with A Baton mutiple times.

5. I was visciously assaulted, kicked, And punched. In violation of MGL 265§ 13A

6. I was assaulted with A weapon known As A Baton - in violation of MGL 265§15A

7. My Civil Rites were violated 14th Ammendment

8. My Human Rites were violated 1st Ammendment

9. 14th Ammendment was violated by refusing me due Prose

10. I was Racially Profiled And subjected to cruel And unusual Punishment in violation of 8th Ammnd

11. Police violated their Professional Code of Conduct.

12. I was transported to Boston Medical center By EMS And suffered Injuries.

13. The officers involved Body Camera Footage is

Facts continued

13. cont) Atively Recording, the incident

14. Wherefore the Plaintiff Demands Judgement Against the defendants for damages And Such Other relief In the AMMount of five Hundred thousAnd dollars And Zero Cents, And Such As this Court Deems Just.

15. The Plaintiff Demands A trial By Jury.

*Michael P. Castellucci* (Pro se)
Michael P. Castellucci (Pro se)
226 Ash St
New Bedford Ma 02740